Wayne W. Call, Bar No. 56676
  wcall@calljensen.com
Kent R. Christensen, Bar No. 253815
  kchristensen@calljensen.com
Cardon B. Smith, Bar No. 277532
  csmith@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Defendants WebBank and
Dell Financial Services, LLC and WebBank

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA G. PACHECO,<br><br>Plaintiff,<br><br>vs.<br><br>WEBBANK, DELL FINANCIAL SERVICES, LLC, and DOES 1-10,<br><br>Defendants. | Case No. 5:13-cv-05964 PSG<br><br>**STIPULATION TO ALLOW DEFENDANTS TO FILE AMENDED ANSWER**<br><br><br>Complaint Filed: December 27, 2013<br>Trial Date: None Set |

Plaintiff Patricia G. Pacheco ("Plaintiff") and Defendants WebBank and Dell Financial Services, LLC ("Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

Defendants filed an Answer to Plaintiff's complaint on February 4, 2014.

On February 25, 2014, Plaintiff filed a Motion to Strike certain affirmative defenses from Defendants' answer. (Dkt. 16).

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Defendants may amend their answer with written consent from Plaintiff or leave of court.

Plaintiff has reviewed a draft of Defendants' proposed amended answer and consents to Defendants filing of the amendment. Plaintiff agrees to withdraw her Motion to Strike.

Now, therefore, the Parties stipulate and agree, rather than filing an opposition to Plaintiff's Motion to Strike, Defendants will file an amended answer on or before March 17, 2014.

It is so stipulated.

Dated: March 13, 2014         CALL & JENSEN
                              A Professional Corporation

                              By: /s/ Kent R. Christensen
                                  Kent R. Christensen

                              Attorneys for Defendant Dell Financial Services, LLC

Dated: March 13, 2014         Ronald Wilcox

IT IS SO ORDERED. The 4/10/14 Motion to strike hearing is vacated.

                              By: /s/Ronald Wilcox
                                  Ronald Wilcox

                              Attorneys for Plaintiff Patricia G. Pacheco

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen*

SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Ronald Wilcox, counsel for Patricia G. Pacheco, and that I have obtained Mr. Wilcox's authorization to affix his electronic signature to this document.

/s/ Kent R. Christensen
Kent R. Christensen

## CERTIFICATE OF SERVICE
(United States District Court)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On March 13, 2014, I have served the foregoing document described as **STIPULATION TO ALLOW DEFENDANTS TO FILE AMENDED ANSWER** on the following person(s) in the manner(s) indicated below:

**SEE ATTACHED SERVICE LIST**

[ X ]  (BY ELECTRONIC SERVICE)  I am causing the document(s) to be served on the Filing User(s) through the Court's Electronic Filing System.

[ ]  (BY MAIL)  I am familiar with the practice of Call & Jensen for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call & Jensen, Newport Beach, California, following ordinary business practices.

[ ]  (BY OVERNIGHT SERVICE)  I am familiar with the practice of Call & Jensen for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by the overnight service provider the same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by the overnight service provider with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by the overnight service provider at Call & Jensen, Newport Beach, California, following ordinary business practices.

[ ]  (BY FACSIMILE TRANSMISSION)  On this date, at the time indicated on the transmittal sheet, I transmitted from a facsimile transmission machine, which telephone number is (949) 717-3100, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

[ ]  (BY E-MAIL)  I transmitted the foregoing document(s) by e-mail to the addressee(s) at the e-mail address(s) indicated.

[ X ] (FEDERAL) I declare that I am a member of the Bar and a registered Filing User for this District of the United States District Court.

[ ] (FEDERAL) I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on March 13, 2014, at Newport Beach, California.

*s/Kent R. Christensen*

## SERVICE LIST

| | |
|---|---|
| Ben E. Dupre, Esq.<br>Dupre Law Firm, P.C.<br>2005 De La Cruz Blvd., Suite 203<br>Santa Clara, CA 95050<br>Phone: 408-727-5377<br>Duprelaw@gmail.com<br>bendupre@gmail.com | **Attorneys for**<br><br>Plaintiff Patricia G. Pacheco |
| Ronald Wilcox, Esq.<br>1900 The Alameda, Suite 530<br>San Jose, CA 95126<br>Tel: (408) 296-0400<br>Fax: (408) 296-0486<br>ronaldwilcox@gmail.com | **Attorneys for**<br><br>Plaintiff Patricia G. Pacheco |