UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PATRICIA PACHECO,

    Plaintiff,

v.

WEBBANK, et al.,

    Defendants.

Case No.  13-cv-05964-BLF

**CASE MANAGEMENT ORDER**

On June 19, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | 01/22/2015 at 1:30 pm |
| Case Management Statement due | 01/15/2015 |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 04/23/2015 - Parties must reserve hearing date prior to filing of motions. |
| Final Pretrial Conference | 06/11/2015 at 2:30 pm |
| Trial | 07/06/2015 at 9:00 am |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT Parties are to meet, confer and submit a stipulated proposed schedule by 07/03/2014, regarding discovery dates to trial.

IT IS FURTHER ORDERED THAT all Collection Logs, Account Notes, Phone Bills, Telephone Records and Identification of the Corporate Representatives be turned over within 30 days.

Dated:  June 19, 2014

_____
BETH LABSON FREEMAN
United States District Judge