UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA PACHECO,<br><br>    Plaintiff,<br><br>    v.<br><br>WEBBANK, et al.,<br><br>    Defendants. | Case No.  13-cv-05964-BLF<br><br>**ORDER DIRECTING PARTIES TO FILE A CASE MANAGEMENT STATEMENT** |

Pursuant to this Court's case management order, *see* ECF 35, and the stipulation of the parties, *see* ECF 39, the parties in the above-captioned action are scheduled to appear on Thursday, January 22, 2015 for case management. The parties' joint case management statement was due to the Court on January 15, 2015. No such document has been filed.

The parties in this case ARE HEREBY ORDERED to file a joint case management statement **no later than 12:00 p.m.** Pacific Time Wednesday, January 21, 2015.

**IT IS SO ORDERED.**

Dated: January 20, 2015

_____
BETH LABSON FREEMAN
United States District Judge